**Shannon E. WILLIAMS**
**Plaintiff–Appellant**

v.

**RAYNOR, Rensch & Pfeiffer; Terry Haddock; John Stuck; John Brazda; City of Bellevue; Dave Bruck; City of Omaha, Nebraska; Jeffrey Newton; Mark Foxall; Douglas County Correctional Center; Bellevue Police Department; Omaha Police Department; Unknown Defendants; Patrick M. Heng; John J. Kohl; William E. Pfeiffer; John P. Raynor; Richard J. Rensch; Sean Patrick Rensch; Kelle J. Westland; Raynor & Raynor; Douglas County Defendants–Appellees**

**No. 15-3066**

United States Court of Appeals,
Eighth Circuit.

Submitted: October 7, 2016

Filed: October 13, 2016

Shannon E. Williams, Pro Se

Richard Joseph Rensch, Sean Patrick Rensch, Rensch & Rensch Law, Omaha, NE, for Defendant–Appellee Raynor, Rensch & Pfeiffer, Patrick M. Heng, John J. Kohl, William E. Pfeiffer, John P. Raynor, Richard J. Rensch, Sean Patrick Rensch, Kelle J. Westland

Richard Joseph Rensch, Sean Patrick Rensch, Rensch & Rensch Law, Omaha, NE, Daniel J. Thayer, Thayer & Thayer, Grand Island, NE, for Defendant–Appellee Terry Haddock

Lynnett Wagner, U.S. Attorney's Office, District of Nebraska, Omaha, NE, for John Stuck, John Brazda, Dave Bruck

Harvey Bruce Cooper, Ryan M. Kunhart, Abrahams & Kaslow, Omaha, NE, for Defendant–Appellee City of Bellevue, Bellevue Police Department

William Acosta–Trejo, Thomas O. Mumgaard, City of Omaha, Legal Department, Omaha, NE, for Defendant–Appellee City of Omaha, Nebraska, Omaha Police Department

Sandra K. Connolly, Timothy K. Dolan, Douglas County Attorney's Office, Omaha, NE, Defendant–Appellee Jeffrey Newton, Mark Foxall, Douglas County Correctional Center

Sandra K. Connolly, Douglas County Attorney's Office, Omaha, NE, for Defendant–Appellee Douglas County

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.

PER CURIAM.

Federal inmate Shannon E. Williams appeals following the district court's [1] grant of defendants' motions to dismiss, or alternatively for summary judgment, in his civil rights suit. Upon careful consideration of the matters Mr. Williams raises on appeal, we find no reversible error. Because an extended discussion would add nothing to the well-reasoned district court determinations at issue here, the judgment of the district court is affirmed under 8th Cir. R. 47B.

---

1. The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.